NATIONAL COUNCIL OF JUNIOR ORDER OF UNITED AMERICAN
MECHANICS OF THE UNITED STATES OF AMERICA,
appellant,

*v.*

STATE COUNCIL OF JUNIOR ORDER OF UNITED AMERICAN
MECHANICS OF NEW JERSEY, respondent.

[Argued November 24th, 1903. Decided February 29th, 1904.]

On appeal from a decree advised by Vice-Chancellor Pitney,
whose opinion is reported in *19 Dick. Ch. Rep. 470.*

*Mr. Charles L. Corbin,* for the appellant.

*Mr. Alan H. Strong,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in
the opinion of Vice-Chancellor Pitney filed in the court of
chancery.

DIXON, J. (dissenting).

I think it clear that of the forty cents per head collected by
the state council in 1900 under its resolution of October, 1899,
twenty-five cents per head was collected to meet the levy directed
by the national council, in June, 1899. This would not be dis-
puted, and the trust thus created in favor of the national council
would be upheld, if no effect were given to the resolution of the
state council directing its officers not to pay any tax to the
national council until certain laws of that council were rescinded.

In my view that resolution can have no effect, for it was
contrary to the order of the national council passed in June,
1899, which was unquestionably valid; and, according to the
constitutions of both councils, in case of such a conflict, the

proceedings of the state council were to be of no force. So long as the state council remained subordinate to the national council, the former could not impair the legal efficacy of the authorized acts of the latter.

Hence, I conclude that the twenty-five cents per head came into the treasury of the state council impressed with the same trust as would have attached to it if this invalid resolution had not been passed, and, therefore, that the national council is entitled to the relief sought.

*For affirmance*—The Chief-Justice, Fort, Pitney, Swayze, Bogert, Vredenburgh, Vroom, Green, Gray—9.

*For reversal*—Dixon—1.